### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM KNECHT, et al.,** | ) | |
| | ) | **8:06CV492** |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JULIAN RIVERA, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' request for a telephone conference to discuss settlement conference possibilities.

**IT IS ORDERED:**

A telephone conference call with the undersigned magistrate judge is set for **Tuesday, July 17, 2007, at 2:00 p.m. Central Daylight Time.** Counsel for the defendant USA will initiate the conference call.

DATED this 10th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge