IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIM KNECHT, husband, DEBBIE KNECHT, wife, and VERNON KNECHT, | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV492 |
| v. | ) ) | |
| JULIAN RIVERA, A Federal Officer & Omaha Tribal Officer, ROBERT RIVERA, A Federal Officer & Omaha Tribal Officer, JUSTIN MCCAULEY, A Federal Officer and Soil Technician for the United States Bureau of Land Management Office of Land Operations, ROBERT GORRIN, A Federal Officer & Omaha Tribal Officer, MARLA SPEARS, A Federal Officer & Omaha Tribal Officer, ED TYNDALL, A Federal Officer & Omaha Tribal Officer, BRAD IRWIN, A Federal Officer & Winnebago Tribal Officer, DARYL MONROE, A Federal Officer & Winnebago Tribal Officer, DOES 1-5, Federal Officers, Real Names Unknown, and UNITED STATES OF AMERICA, The, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

     IT IS ORDERED that pursuant to the joint stipulation entered into by the parties in this case, Filing No. 46, this case is hereby dismissed with prejudice, each party to pay their own costs.

     DATED this 21st day of September, 2007.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Chief United States District Judge